## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:18-CV-2108** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TROY A. BEAM,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 10th day of April, 2019, upon consideration of the United States' Motion (Doc. 22) for Alternate Process and for Extension of Time to Serve Process, it is hereby ORDERED that said motion is GRANTED. Within sixty (60) days of the date of this Order, the United States shall effect service of process on Defendants Robert Cavalari, Jordan Styer, Allen Cain, Benjamin Esser, Stephen Jerricho, Brandon Bittinger, and David Kendig by causing the attached notice to be published once a week for four weeks in the Shippensburg-News Chronicle (or other newspaper of general circulation) and in the Cumberland Law Journal.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania