IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY A. BEAM, *et al.*,<br><br>Defendants. | Civil No. 1:18-cv-02108-CCC |

**ENTRY OF DEFAULT**

The default of Defendants Sean Fox, Casey McLaughlin, Dan Brown, Zak Huth, Matt Richards, Dominic Condomitta, Jacob Ryan, Andrew Butz, Douglas Edgar, Kyle Davies, Mike Piarce, Tanner Ford, Ean Renshaw, Ulyses Hernandez, Adam Zeiders, Travis Farey, Justin Kwiatkowski, Nicholas Wilkinson, Joseph McDonnell, Terry Hall, Gary Gabriel, Drew Lloyd, Chad Bogosh, Frank Talarico, Eric Kennedy, Farak Salkic, Matthew Gross, Mason Gannett, Christian Monterry, Jared Eckert, Samuel Selkregg, Jake Harkins, Grayson Cvijic, Grayson Umbenhaur, Joshua Stevens, John Devine, Gavin Malampy, Jenna Beaton, Molly Bingaman, Brandie Bowers, Amanda Keller, Daren Misner Jr., Chelsea Davis, Philip Davis, Terry Kreps, Brandy Kauffman, Nathan Hall, and Abraham Solano is hereby entered under Federal Rule of Civil Procedure 55(a) for their failure to plead or otherwise defend in the above-captioned civil action.